Town of Greenburgh, Respondent, v. Cotswold Corporation and Others, Defendants; Robert A. Yates, Appellant.— In an action to foreclose tax liens, an order was entered restraining Cotswold Corporation and appellant from excavating the earth, trees and top soil from property owned by appellant and involved in the foreclosure action. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

## (December 9, 1940.)

Najib G. Beder, Respondent, v. Rashid G. Beder, Appellant.— On argument, order denying defendant's motion for the issuance of a commission to take his testimony upon interrogatories to be settled as provided by law reversed on the law and the facts, without costs, and motion granted, without costs, to the extent of directing that an open commission issue to take defendant's testimony in Florida, on condition that the expenses of the examination be paid by the defendant and that within two days after the entry of the order hereon the defendant pay the expenses of plaintiff's attorney in attending the examination. In the event of defendant's failure to pay the expenses of plaintiff's attorney within the above-prescribed time, the order is affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur. Submit order.

## (December 11, 1940.)

In the Matter of the Application of Byron Clayton for Admission to Practice as an Attorney and Counsellor at Law. (From the State of New Jersey.)—Application granted. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.